IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOHAMMED Q. ISLAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-04-4530 |
| § | |
| THE RELIABLE LIFE INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Mohammed Q. Islam shall take nothing on his claims against Defendant The Reliable Life Insurance Company and Plaintiff's case is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 26th day of July, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE